**STATE**

v.

David **COLLINS.**

No. 80-3-C.A.

Supreme Court of Rhode Island.

Feb. 21, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen R. Famiglietti; Special Asst. Atty. Gen., for plaintiff.

Alton W. Wiley, Providence, for defendant.

## ORDER

The motion of Alton W. Wiley that he be appointed to represent defendant David Collins in the prosecution of this appeal is granted.

DORIS, J., did not participate.